# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2314.  KIER v. THE STATE.**

This appeal was docketed in this Court on August 14, 2014. The Appellant's brief, including enumerations of error, was due to be filed no later than September 3, 2014. Court of Appeals Rule 23 (a). Appellant, however, failed to file a brief. On October 09, 2014, this Court entered an order granting Appellant an extension of time and ordering that Appellant's brief be filed by no later than October 20, 2014. Again, Appellant has failed to file a brief. Accordingly, the above-captioned appeal is hereby DISMISSED. Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*

*Clerk's Office,*
*Atlanta,*  10/23/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*